UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID BLASZCZAK,  )
130 Sparrow Dr.  )
Isle of Palms, SC 29451  )
  )
           Plaintiff,  )
  )
vs.  )  Civ. No.
  )
CENTERS FOR MEDICARE &  )
MEDICAID SERVICES,  )
7500 Security Boulevard,  )
Baltimore, MD 21244  )
  )
           Defendant.  )
_____ )

## COMPLAINT FOR INJUNCTIVE RELIEF

1. This is an action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, for injunctive and other appropriate relief and seeking the disclosure and release of agency records improperly withheld from plaintiff by defendant, the Centers for Medicare & Medicaid Services ("CMS").

### JURISDICTION AND VENUE

2. Jurisdiction in this action is predicated upon 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331. Venue lies in this district under 5 U.S.C. § 552(a)(4)(B).

### PARTIES

3. Plaintiff, David Blaszczak, is a healthcare policy advisor and Principal at Precipio Health Strategies, LLC, and is the requester of the records which defendant is now withholding. Plaintiff has requested these records for his personal use.

4. Defendant, CMS, is an agency that is part of the United States Department of Health and Human Services and, therefore, an agency of the United States Government within the meaning of 5 U.S.C. § 552(f).

### PLAINTIFF'S FOIA REQUEST

5. By email dated March 6, 2014, plaintiff submitted a FOIA request to CMS. Plaintiff's request sought records of all FOIA requests and information involving Brody Mullins and CMS, including "[t]he subject/reason for all requests from Mr. Mullins;" "copies of the actual FOIA request from Mr. Mullins;" "[a]ll communication between Mr. Mullins and CMS relating to

1

the FOIA request;" and "[a]ll documentation (e.g. emails, reports, etc.) sent to Mr. Mullins involving his FOIA request," including "the FOIA response w/ documentation from CMS to Mr. Mullins" and "all information in the FOIA documents which includes emails about the subject of a FOIA request (e.g. David or Dave Blaszczak) sent to Mr. Mullins."   A copy of this email is attached as Exhibit 1.

## DEFENDANT'S FAILURE TO COMPLY WITH PLAINTIFF'S REQUEST

6. To date, defendant has not provided the records plaintiff requested in his FOIA request, nor has defendant notified plaintiff that the requested records are being withheld pursuant to an exemption.

7. By letter dated June 26, 2015 to Hugh Gilmore, Director of the Division of Freedom of Information at CMS, plaintiff requested through his counsel that defendant immediately issue a written determination to grant or deny access to the documents covered by his March 6, 2014 FOIA request.   A copy of this letter is attached as Exhibit 2.

8. To date, neither plaintiff nor his counsel has received a response to the June 26, 2015 letter.

9. By letter dated July 8, 2015 to Andrew Slavitt, Acting Administrator of CMS, plaintiff, through his counsel, appealed defendant's failure to respond to his FOIA request.   A copy of this letter is attached as Exhibit 3.

10. To date, neither plaintiff nor his counsel has received a response to the July 8, 2015 letter.

11. FOIA requires an agency to respond to a request within twenty (20) working days. See 5 U.S.C. §552(a)(6)(A)(i).   Therefore, defendant's response to plaintiff's March 6, 2014 FOIA request was due on April 3, 2014.   Defendant's failure to respond to plaintiff's request constitutes a constructive denial of the request.

12. FOIA requires an agency to respond to an appeal within twenty (20) working days. See 5 U.S.C. §552(a)(6)(A)(ii).   Defendant's failure to respond to the letters sent by plaintiff's counsel constitutes a constructive denial of plaintiff's appeal of defendant's denial of his request, and plaintiff is deemed to have exhausted his administrative remedies.   See 5 U.S.C. §552(a)(6)(C)(i).

## REQUESTED RELIEF

WHEREFORE, plaintiff requests that this Court:

A. order defendant to disclose the requested records and make copies available to plaintiff;

B. award plaintiff his costs and reasonable attorney's fees incurred in this action, as provided in 5 U.S.C. § 552(a)(4)(E); and

C.       grant such other relief as the Court may deem just and proper.

Respectfully submitted,

   /s/ William E. Donnelly

WILLIAM E. DONNELLY
D.C. Bar No. 358188
ROBERT P. HOWARD, JR.
D.C. Bar No. 456449
MURPHY & MCGONIGLE P.C.
555 13th Street, NW
Suite 410 West
Washington, DC 20004
(202) 661-7011

Counsel for Plaintiff

Dated:   August 27, 2015

4828-1115-2679, v.  1