| | |
|---|---|
| **From:** | David Blaszczak |
| **Sent:** | Thursday, March 6, 2014 1:42 PM |
| **To:** | FOIA_Request@cms.hhs.gov |
| **Cc:** | Joseph.Tripline@cms.hhs.gov; Constance.Smalls@cms.hhs.gov |
| **Subject:** | FOIA Request |

CMS FOIA Officer
Centers for Medicare and Medicaid Services
N-20-16
7500 Security Blvd
Baltimore, MD 21244

Dear Sir/Madam

Per the Freedom of Information Act (FOIA) 5 U.S.C. subsection 552, I am seeking to obtain records of the following:

1) All FOIA requests and information involving Brody Mullins and CMS – including the following:
    a. The subject/reason for all requests from Mr. Mullins.
    b. The copies of the actual FOIA request from Mr. Mullins.
    c. All communication between Mr. Mullins and CMS relating to the FOIA request.
    d. All documentation (e.g. emails, reports, etc.) sent to Mr. Mullins involving his FOIA request. This includes the FOIA response w/ documentation from CMS to Mr. Mullins. This also includes all information in the FOIA documents which includes emails about the subject of a FOIA request (e.g. David or Dave Blaszczak) sent to Mr. Mullins.

In order to help you determine my status to help assess fees, I am an individual that will be using this information for personal use.

Please contact me at your earliest convenience when this letter has been received and the FOIA process has started. If you have any questions, please don't hesitate to contact me.

David Blaszczak
415 N. Cleveland St
Arlington, VA 22201
202.812.1632