**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| DAVID BLASZCZAK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 15-1395 (RJL) |
| | ) | |
| CENTERS FOR MEDICARE & | ) | |
| MEDICAID SERVICES, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**UNOPPOSED MOTION TO STAY PROCEEDINGS**

Defendant Centers for Medicare & Medicaid Services respectfully moves for a 30-day

stay of proceedings up to and including January 13, 2016.  In support of the motion, the parties

state as follows:

1.      Plaintiff's Complaint under the Freedom of Information Act was filed on August

27, 2015.  Pursuant to Court Order dated November 11, 2015, Defendant's response to the

Complaint is due on December 14, 2015.

2.      Since the Complaint was filed, Defendant has released documents in response to

Plaintiff's FOIA request and Plaintiff has reviewed the production to determine whether all

responsive records have been produced and to otherwise evaluate the sufficiency of the

production.  On December 10, 2015, the parties conferred about the production and the parties

expect to continue their discussions in an attempt to resolve this matter without the need for

further litigation.

3.      The requested stay will permit additional time for the parties to continue their

discussions and also should enable the parties to confer about potentially resolving this matter

without further involvement of the Court or, at least, to narrow the issues in dispute.

4.      Accordingly, Defendant respectfully requests that the Court stay these

proceedings until January 13, 2016, by which date the parties will file a joint status report, if this

matter has not yet been dismissed by that time.

5.      The parties, through counsel, have conferred about the relief sought herein.

Plaintiffs' counsel stated that Plaintiff consents to the requested relief.

A proposed order is attached.

Respectfully submitted,


CHANNING D. PHILLIPS
United States Attorney for the District of
Columbia
D.C. BAR #415793

DANIEL F. VAN HORN
Chief, Civil Division
D.C. BAR #924092

By:      /s/
      JOSHUA KOLSKY
Assistant United States Attorney
D.C. BAR #993430
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 252-2541
Email: joshua.kolsky@usdoj.gov

*Counsel for Defendant*