IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID BLASZCZAK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 15-1395 (RJL) |
| | ) |
| CENTERS FOR MEDICARE & MEDICAID SERVICES, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff David Blaszczak and Defendant Centers for Medicare & Medicaid Services hereby stipulate to the dismissal of this action, with prejudice, and with each side bearing its own fees and costs.

Respectfully submitted,

/s/ William E. Donnelly
WILLIAM E. DONNELLY
D.C. Bar No. 358188
ROBERT P. HOWARD, JR.
D.C. Bar No. 456449
MURPHY & MCGONIGLE P.C.
555 13th Street, NW
Suite 410 West
Washington, DC 20004
(202) 661-7011

*Counsel for Plaintiff*

CHANNING D. PHILLIPS
United States Attorney
D.C. Bar #415793

DANIEL VAN HORN
Chief, Civil Division
D.C. Bar # 924092

By: /s/ Joshua Kolsky
JOSHUA M. KOLSKY
Assistant United States Attorney
D.C. BAR #993430
Washington, D.C. 20530
Phone: (202) 252-2541
Email: joshua.kolsky@usdoj.gov

*Counsel for Defendant*