# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID BLASZCZAK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 15-1395 (RJL) |
| vs. | ) |
| | ) |
| CENTERS FOR MEDICARE & MEDICAID SERVICES, | ) |
| | ) |
| Defendant. | ) |

## NOTICE TO THE COURT

Plaintiff, David Blaszczak, by and through his counsel, hereby consents to the filing by the Defendant of the Stipulation of Dismissal with Prejudice of the above-captioned action on January 8, 2016.

Respectfully submitted,

/s/ Adam N. Stern

ADAM N. STERN
D.C. Bar No. 1026909
WILLIAM E. DONNELLY
D.C. Bar No. 358188
MURPHY & MCGONIGLE P.C.
555 13th Street, NW
Suite 410 West
Washington, DC 20004
(202) 661-7016

*Counsel for Plaintiff*

Dated: January 12, 2016